**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3292-19

NOEL KELLY and MARY
BUCKLEY,

      Plaintiffs-Appellants,

v.

BOROUGH OF OCEANPORT
UNIFIED PLANNING BOARD,

      Defendant-Respondent.

_____

Submitted April 20, 2021 – Decided May 4, 2021

Before Judges Moynihan and Gummer.

On appeal from the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-1184-17.

Michael P. Laffey, attorney for appellants.

Kevin E. Kennedy, attorney for respondent.

PER CURIAM

Plaintiffs, who submitted an application to defendant Borough of

Oceanport Unified Planning Board seeking minor subdivision and bulk variance

relief regarding property they own, appeal the trial court's affirmance of the board's denial of their application and dismissal of their complaint. We affirm substantially for the reasons set forth in Judge Lisa P. Thornton's comprehensive, written decision.

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3292-19